UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 24-mj-111 |
| | : | |
| DAVID CRUZEN LINK | : | |

**DISMISSAL**

**NOW INTO COURT** comes the United States of America by Ronald C. Gathe, Jr, United States Attorney, through Kristen Lundin Craig, Assistant United States Attorney, who respectfully moves this Honorable Court for leave to dismiss the complaint in this criminal action.

1.

On August 22, 2024, based on an application by the United States, this Honorable Court issued a complaint charging the defendant, DAVID CRUZEN LINK, with Bank Fraud, in violation of Title 18, United States Code, Section 1344. The defendant was arrested that same day. *See* Dkt.1.

2.

On August 26, 2024, the defendant made his initial appearance in the Northern District of Texas. At the hearing, the defendant waived the Rule 5(c) hearing as to identity and preliminary hearing. *See* Dkt. 2. The defendant's initial appearance in the Middle District of Louisiana was held on September 3, 3034.

3.

On September 9, 2024, the parties filed a joint motion for a continuance of the date by which the United States must file an indictment under 18 U.S.C. §3161(b) until December 3, 2024.

*See* Dkt. 8. The Court granted the motion, finding that the ends of justice served by granting the continuance outweighed the public's interest in a speedy trial. *See* Dkt. 9.

4.

Counsel for the defendant met with the United States on October 22, 2024, to share information related to the allegations in the complaint. Following the meeting, the parties agreed that both sides would benefit from additional time to exchange information and attempt to resolve this matter.

5.

On October 28, 2024, the parties filed a second joint continuance of the date by which the United States must file an indictment until January 31, 2025. The Court granted the second motion, finding the ends of justice served by continuing the indictment deadline.

6.

Based on information obtained from defense counsel, the United States has identified additional evidence located overseas that is necessary in order for it to move forward with the prosecution of this matter. Given this conclusion, and the anticipated delay associated with obtaining this evidence, the United States believes that it would be in the best interest of justice to dismiss the complaint in this criminal action.

7.

Federal Rules of Criminal Procedure Rule 48(a) allows the United States to dismiss a complaint with leave of the Court.

8.

The United States has consulted with counsel for the defendant, who consent to the proposed dismissal without prejudice.

**WHEREFORE**, for the foregoing reasons, the United States moves this Honorable Court for leave to dismiss the complaint without prejudice in this criminal action.

Respectfully submitted this 31st day of January, 2025.

                                                  UNITED STATES OF AMERICA, by

                                                  RONALD C. GATHE, JR.
                                                  UNITED STATES ATTORNEY

                                                  /s/ Kristen Lundin Craig
                                                  Kristen Lundin Craig, LBN 32565
                                                  Assistant United States Attorney
                                                  777 Florida Street
                                                  Baton Rouge, Louisiana 70801
                                                  Telephone: (225) 389-0443
                                                  Fax: (225) 389-0561
                                                  E-mail: kristen.craig@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | :  CRIMINAL NO. 24-mj-111 |
| | : |
| DAVID CRUZEN LINK | : |

# ORDER

Considering the Government's *Dismissal*,

Leave of Court is granted to dismiss the complaint.

**IT IS ORDERED** that leave is **GRANTED** and the complaint is dismissed without prejudice.

This _____ day of _____ 2025, in Baton Rouge, Louisiana.

_____
HONORABLE ERIN WILDER-DOOMES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA