UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 24-mj-111 |
| | : | |
| DAVID CRUZEN LINK | : | |

### ORDER

Considering the Government's *Dismissal*,

Leave of Court is granted to dismiss the complaint.

**IT IS ORDERED** that leave is **GRANTED** and the complaint is dismissed without prejudice.

Signed in Baton Rouge, Louisiana, on January 31, 2025.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**